**Exhibit 1**
**Dianna Shull**

| Date | Branch | Teller | 9867610233 | 2857232333 | Structured Amt |
|---|---|---|---|---|---|
| Monday, January 05, 2009 | 9.868E+09 | 35 15413 | 5,720.00 | | |
| Tuesday, January 06, 2009 | 9.868E+09 | 25 21728 | 3,900.00 | | |
| Tuesday, January 06, 2009 | 2.857E+09 | 25 | | 5,000.00 | 14,620.00 |
| Monday, February 02, 2009 | 9.868E+09 | 35 18566 | 8,400.00 | | |
| Monday, February 02, 2009 | 2.857E+09 | 35 | | 5,000.00 | |
| Wednesday, February 04, 2009 | 9.868E+09 | 30 | 1,050.00 | | 14,450.00 |
| Monday, February 09, 2009 | 9.868E+09 | 35 18586 | 5,000.00 | | |
| Thursday, February 12, 2009 | 9.868E+09 | 30 | 1,100.00 | | |
| Thursday, February 12, 2009 | 9.868E+09 | 25 | 7,900.00 | | 14,000.00 |
| Monday, February 23, 2009 | 9.868E+09 | 35 | 9,000.00 | | |
| Tuesday, February 24, 2009 | 2.857E+09 | 27 | | 5,500.00 | |
| Wednesday, February 25, 2009 | 9.868E+09 | 35 18566 | 7,500.00 | | |
| Thursday, February 26, 2009 | 9.868E+09 | 35 14239 | 7,400.00 | | 29,400.00 |
| Monday, March 02, 2009 | 9.868E+09 | 35 | 6,400.00 | | |
| Wednesday, March 04, 2009 | 9.868E+09 | 25 16858 | 6,100.00 | | |
| Friday, March 06, 2009 | 9.868E+09 | 30 12987 | 1,025.00 | | 13,525.00 |
| Monday, March 09, 2009 | 9.868E+09 | 35 | 8,000.00 | | |
| Wednesday, March 11, 2009 | 9.868E+09 | 35 | 5,400.00 | | |
| Wednesday, March 11, 2009 | 9.868E+09 | 15 | 1,150.00 | | |
| Thursday, March 12, 2009 | 9.868E+09 | 35 | 3,500.00 | | 18,050.00 |
| Friday, May 01, 2009 | 9.868E+09 | 25 21728 | 3,100.00 | | |
| Sunday, May 03, 2009 | 9.868E+09 | 14308 | 7,800.00 | | 10,900.00 |
| Tuesday, May 26, 2009 | 9.868E+09 | 27 22791 | 7,900.00 | | |
| Thursday, May 28, 2009 | 9.868E+09 | 25 20786 | 8,200.00 | | |
| Monday, June 01, 2009 | 9.868E+09 | 39 15441 | 8,200.00 | | 24,300.00 |
| Monday, June 15, 2009 | 9.868E+09 | 25 | 6,100.00 | | |
| Monday, June 15, 2009 | 2.857E+09 | 30 | | 1,100.00 | |
| Thursday, June 18, 2009 | 2.857E+09 | 35 | | 6,500.00 | 13,700.00 |
| Monday, June 29, 2009 | 9.868E+09 | 35 | 7,200.00 | | |
| Wednesday, July 01, 2009 | 9.868E+09 | 25 | 6,700.00 | | 13,900.00 |
| Monday, July 13, 2009 | 9.868E+09 | 35 14239 | 3,000.00 | | |
| Monday, July 13, 2009 | 2.857E+09 | 35 | | 4,000.00 | |
| Thursday, July 16, 2009 | 9.868E+09 | 35 14239 | 7,500.00 | | 14,500.00 |
| Monday, August 24, 2009 | 9.868E+09 | 39 | 7,800.00 | | |
| Monday, August 24, 2009 | 2.857E+09 | 39 | | 7,000.00 | 14,800.00 |
| Thursday, September 03, 2009 | 9.868E+09 | 14 | 7,800.00 | | |
| Friday, September 04, 2009 | 9.868E+09 | 30 | 1,100.00 | | |
| Friday, September 04, 2009 | 2.857E+09 | 25 | | 8,500.00 | 17,400.00 |
| Thursday, September 17, 2009 | 9.868E+09 | 25 17963 | 8,500.00 | | |
| Monday, September 21, 2009 | 2.857E+09 | 25 | | 2,600.00 | 11,100.00 |
| Thursday, October 29, 2009 | 9.868E+09 | 35 | 7,500.00 | | |
| Monday, November 02, 2009 | 9.868E+09 | 35 | 2,298.00 | | |
| Wednesday, November 04, 2009 | 9.868E+09 | 30 | 1,100.00 | | |
| Wednesday, November 04, 2009 | 9.868E+09 | 15 | 1,100.00 | | 11,998.00 |
| Saturday, November 14, 2009 | 9.868E+09 | 35 18586 | 8,205.00 | | |
| Tuesday, November 17, 2009 | 2.857E+09 | 27 30556 | | 8,000.00 | 16,205.00 |
| Monday, December 14, 2009 | 9.868E+09 | 35 | 7,999.47 | | |
| Wednesday, December 16, 2009 | 9.868E+09 | 30 | 1,216.25 | | |
| Friday, December 18, 2009 | 9.868E+09 | 35 | 6,000.00 | | 15,215.72 |
| Sunday, March 07, 2010 | 9.868E+09 | 30 21712 | 2,150.00 | | |
| Tuesday, March 09, 2010 | 2.857E+09 | 35 11147 | | 5,300.00 | |

| Date | Branch | Teller | | 9867610233 | 2857232333 | Structured Amt |
|---|---|---|---|---|---|---|
| Wednesday, March 10, 2010 | 9.868E+09 | 27 | 22185 | 7,000.00 | | 14,450.00 |
| Thursday, March 18, 2010 | 9.868E+09 | 39 | 18598 | 8,450.00 | | |
| Friday, March 19, 2010 | 9.868E+09 | 39 | 12231 | 8,500.00 | | |
| Sunday, March 21, 2010 | 2.857E+09 | 35 | 18586 | | 6,000.00 | |
| Wednesday, March 24, 2010 | 9.868E+09 | 39 | 13606 | 9,000.00 | | 31,950.00 |
| Sunday, March 28, 2010 | 9.868E+09 | 35 | 24283 | 6,100.00 | | |
| Monday, March 29, 2010 | 9.868E+09 | 30 | 12987 | 9,000.00 | | |
| Tuesday, March 30, 2010 | 2.857E+09 | 27 | 14910 | | 9,100.00 | |
| Wednesday, March 31, 2010 | 9.868E+09 | 15 | 21272 | 7,500.00 | | 31,700.00 |
| Saturday, April 03, 2010 | 2.857E+09 | 27 | 19917 | | 5,500.00 | |
| Saturday, April 03, 2010 | 9.868E+09 | 27 | 19917 | 9,000.00 | | |
| Tuesday, April 06, 2010 | 9.868E+09 | 15 | 21272 | 1,050.00 | | |
| Wednesday, April 07, 2010 | 9.868E+09 | 30 | 10269 | 1,100.00 | | 16,650.00 |
| Tuesday, April 13, 2010 | 9.868E+09 | 35 | 22278 | 3,800.00 | | |
| Friday, April 16, 2010 | 9.868E+09 | 25 | 24495 | 9,000.00 | | |
| Saturday, April 17, 2010 | 2.857E+09 | 43 | 25375 | | 7,000.00 | 19,800.00 |
| Friday, April 23, 2010 | 9.868E+09 | 35 | 11147 | 6,100.00 | | |
| Saturday, April 24, 2010 | 2.857E+09 | 27 | 22185 | | 8,400.00 | 14,500.00 |
| Sunday, May 02, 2010 | 9.868E+09 | 30 | 14303 | 8,300.00 | | |
| Monday, May 03, 2010 | 9.868E+09 | 35 | 17598 | 1,100.00 | | |
| Wednesday, May 05, 2010 | 9.868E+09 | 15 | 14305 | 1,050.00 | | |
| Wednesday, May 05, 2010 | 2.857E+09 | 22 | 16631 | | 6,300.00 | 16,750.00 |
| Saturday, May 08, 2010 | 9.868E+09 | 35 | 14491 | 8,400.00 | | |
| Sunday, May 09, 2010 | 2.857E+09 | 39 | 12231 | | 8,300.00 | |
| Sunday, May 09, 2010 | 9.868E+09 | 15 | 16866 | 1,200.00 | | 17,900.00 |
| Saturday, May 15, 2010 | 9.868E+09 | 27 | 30487 | 8,000.00 | | |
| Sunday, May 16, 2010 | 2.857E+09 | 35 | 14491 | | 3,500.00 | |
| Monday, May 17, 2010 | 2.857E+09 | 25 | 24570 | | 4,000.00 | |
| Wednesday, May 19, 2010 | 2.857E+09 | 15 | 21272 | | 6,334.00 | |
| Wednesday, May 19, 2010 | 9.868E+09 | 22 | 31944 | 7,600.00 | | 29,434.00 |
| Tuesday, June 01, 2010 | 2.857E+09 | 30 | | | 7,000.00 | |
| Thursday, June 03, 2010 | 9.868E+09 | 30 | 14157 | 2,300.00 | | |
| Monday, June 07, 2010 | 9.868E+09 | | 24372 | 1,075.00 | | |
| Monday, June 07, 2010 | 9.868E+09 | | 14491 | 4,800.00 | | |
| Thursday, June 10, 2010 | 9.868E+09 | | | 6,000.00 | | 21,175.00 |
| Monday, June 14, 2010 | 9.868E+09 | | 28967 | 7,500.00 | | |
| Monday, June 14, 2010 | 2.857E+09 | 39 | 22275 | | 8,500.00 | 16,000.00 |
| Sunday, June 20, 2010 | 9.868E+09 | 27 | 14910 | 8,000.00 | | |
| Monday, June 21, 2010 | 2.857E+09 | 35 | 11147 | | 8,000.00 | |
| Wednesday, June 23, 2010 | 9.868E+09 | | 14305 | 7,563.00 | | |
| Thursday, June 24, 2010 | 2.857E+09 | 22 | 16631 | | 8,000.00 | |
| Friday, June 25, 2010 | 9.685E+09 | 27 | 19917 | 5,000.00 | | 36,563.00 |
| Thursday, July 29, 2010 | 9.685E+09 | 15 | 19953 | 7,000.00 | | |
| Thursday, July 29, 2010 | 2.857E+09 | 15 | | | 4,500.00 | 11,500.00 |
| | | | | 387,501.72 | 158,934.00 | **546,435.72** |

9867610233  Joint Savings Account in the name of Dianna Shull and James Shull
2857232333  Checking Account - Dianna Shull sole owner