IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01801WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333, and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

    Defendants

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2011

GREGORY C. LANGHAM
CLERK

## WARRANT FOR ARREST OF PROPERTY *IN REM*

TO: INTERNAL REVENUE SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described in the Verified Complaint for Forfeiture *In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court; and

TO PROMPTLY make your return of this Warrant with the Court.

DONE at Denver, Colorado, this 25th day of July, 2011.

GREGORY C. LANGHAM
Clerk of the United States District Court

By: _____
    Deputy Clerk