IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333, and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

       Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on this 25th day of July, 2011, true copies of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

Gary Lozow, Esq.                           Cert No. 7010 3090 0001 3928 5811
Foster Graham
621 17th Street, suite 1900
Denver, CO 80293
*Attorney for Dianna and James Shull*

James N. Mastracchio, Esq.            Cert No. 7010 3090 0001 3928 5804
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5304
*Attorney for Jeremy and Heather Shull*

s/ *Raisa V. Pitman*
Office of the U.S. Attorney