

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 11-cv-01801-WYD-KMT |
|---|---|
| DEFENDANT $23,559.67 Seized from TCF Bank Accnt #2857232333, et al | TYPE OF PROCESS Execute Warrant |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$23,559.67 Seized from TCF Bank Account #2857232333        Diana & James Shull

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| CHECK BOX IF SERVICE IS ON | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Execute attached Warrant

CATS # 11-IRS-000695

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (303) 454-0251
DATE: 07/25/11

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. **One**
District of Origin No. **CO**
District to Serve No. **CO**
Signature of Authorized Treasury Agency Officer: John R. Harrison
Date: 7/28/11

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

Name and title of individual served if not shown above:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address: (complete only if different than shown above)

Date of Service: 8-1-11
Time: 9:20 am

Signature, Title and Treasury Agency: John R. Harrison, Special Agent

**REMARKS:** Ie executed the attached in Rem warrant on this date, and have caused the funds of $23,559.67 to be placed on deposit in the U.S. Treasury Suspense Account.

TD F 90-22.48 (8/96)

☒ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY