

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 11-cv-01801-WYD-KMT |
|---|---|
| DEFENDANT $23,559.67 Seized from TCF Bank Accnt #2857232333, et al | TYPE OF PROCESS Execute Warrant |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE $231,740.84 Seized from TCF Bank Account #9867610233      Diana & James Shull |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|---|
| United States Attorney's Office<br>ATTN: Asset Forfeiture Unit<br>1225 17th Street, Suite 700<br>Denver, Colorado 80202 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):*
Execute attached Warrant

CATS # 11-IRS-000696

| Signature of Attorney or other Originator requesting service on behalf of: [signature] | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (303) 454-0251 | DATE 07/25/11 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. one | District of Origin No. CO | District to Serve No. CO | Signature of Authorized Treasury Agency Officer [signature] | Date 7-28-11 |
|---|---|---|---|---|

I hereby certify and return that I ☐ personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the address inserted below.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| Name and title of individual served if not shown above: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address: (complete only if different than shown above) | Date of Service 8-1-11   Time 9:20 pm |
| | Signature, Title and Treasury Agency [signature] John K Hanson, Special Agent IRS |

REMARKS: Executed the arrest[ing] Warrant on this date, and have caused the funds of $231,740.84 to be placed on deposit in the U.S. Treasury Suspense Account

TD F 90-22.48 (6/96)

☒ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY