IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 1:11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333 and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPERTY CLAIMS AND TO RESPOND TO VERIFIED COMPLAINT**

Dianna Shull, James Shull, Jeremy Shull and Heather Shull (collectively, the "Movants"), by and through their respective undersigned counsel, request a six-month extension to February 29, 2012 to file claims pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), which would reset the due date for their responses to the Verified Complaint for Forfeiture *In Rem* ("Complaint") to 21 days after the claim is filed. In support of this Motion, the Movants state the following:

### CERTIFICATION

Pursuant to D.C. COLO. L.Civ.R. 7.1(A), on August 15, 2011 undersigned counsel for Dianna, James and Jeremy Shull discussed this Motion with counsel for the

1

government, Assistant U.S. Attorney Martha Paluch, who advised that the government does not oppose the Court granting this Motion.

**MOTION**

1.  During April 2011, the Internal Revenue Service ("IRS") seized the property that is the subject matter of this action. The government's Complaint was filed July 11, 2011. The Court ordered a Warrant for Arrest of Property *In Rem* on July 22, 2011, and the Warrant for Arrest of Property *In Rem* was issued to the IRS on July 25, 2011. The property remains in the custody of the IRS subject to the Warrant.

2.  On July 25, 2011, the government served each Movant with a Notice of Arrest and Procedure pursuant to Supplemental Rule G(4)(b) (the "Notice"). The Notice requires each Movant to file claims asserting their interest in the subject property under Supplemental Rule G(5) by August 29, 2011 (the "Claim Date"), and to respond to the Complaint within 21 days thereafter. Movants are requesting that both of these dates be moved out six-months, so the Claim Date is reset to February 29, 2012, and responses to the Compliant due 21 days after the claim is filed.

3.  Supplemental Rule G(5)(a)(ii) provides that the Court "for good cause" may set a different time for filing a claim. The Movants have good cause supporting the extensions requested. The IRS has notified each Movant that criminal investigations have been opened, and that the subject of such investigations involves the seized property, activities surrounding the bank deposits of the seized property, and potential

reporting obligations related to the seized property.  Movants have expressed to counsel for the government that they need additional time to more carefully understand the facts and legal issues involved in the investigation, and to consider the scope and possible resolution of the pending criminal investigations and the seizure of the subject property.  This will allow the Movants to make a more informed determination of whether a claim to the property is warranted under the circumstances, and what their respective appropriate responses to the Complaint might be.

4. The Parties are in agreement that the additional time requested, if granted by the Court, will address these legitimate concerns of the Movants.

5. The Movants have not previously requested any extension, the requested extensions are not interposed for delay, and this Unopposed Motion is being filed before the current Claim Date and the due date for responding to the Complaint.  No Party will be prejudiced by the Court granting this Motion.

6. If granted, this extension of time would apply only to Dianna, James, Jeremy and Heather Shull and to no other potential claimants.

7. For these reasons, Movants respectfully request that the Court grant this Motion.  A proposed order is being filed herewith.

Dated this 22nd day of August, 2011.

        Respectfully submitted,

*/s/ Gary Lozow*
Gary Lozow
Foster Graham Milstein & Calisher, LLP
621 17th Street
19th Floor
Denver, CO 80293
Phone: (303) 333-9810
Fax: (303) 333-9786
E-mail: glozow@fostergraham.com
Attorney for Dianna and James Shull


*/s/ Theodore Z. Gelt*
Theodore Z. Gelt
Baker & Hostetler, LLP
303 E. 17th Ave, Ste 1100
Denver, CO 80203
Phone: (303) 861-0600
Fax:  (303) 861-7805
Email:  tgelt@bakerlaw.com
Attorney for Jeremy Shull


*/s/ Steven R. Anderson*
Steven R. Anderson
Anderson Jahde, P.C.
2100 W Littleton Blvd
Suite 300
Littleton, CO  80120
Phone:  (303) 782-0003
Fax:  (303) 782-0055
E-mail: steven@andersonjahde.com
Attorney for Heather Shull

4

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 22nd day of August, 2011, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPERTY CLAIMS AND TO RESPOND TO VERIFIED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha A. Paluch        martha.paluch@usdoj.gov

                                              /s/ Theodore Z. Gelt