IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333, and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

    Defendants.
_____

**NOTICE OF PUBLICATION**
_____

    I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning July 27, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

    DATED this 20th day of September, 2011.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for Plaintiff*