IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 1:11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333 and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPERTY CLAIMS AND TO RESPOND TO VERIFIED COMPLAINT**

---

Dianna Shull, James Shull, Jeremy Shull and Heather Shull (collectively, the "Movants"), by and through their respective undersigned counsel, request an additional six-month extension to August 29, 2012 to file claims pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), which would reset the due date for their responses to the Verified Complaint for Forfeiture *In Rem* ("Complaint") to 21 days after the claim is filed. In support of this Motion, the Movants state the following:

### CERTIFICATION

Pursuant to D.C. COLO. L.Civ.R. 7.1(A), on February 7, 2012 Baker & Hostetler, LLP, counsel for Jeremy Shull, discussed this Motion with counsel for the government,

601063838                                         1

Assistant U.S. Attorney Martha Paluch, who advised that the government does not oppose the Court granting this Motion.

## MOTION

1.      During April 2011, the Internal Revenue Service ("IRS") seized the property that is the subject matter of this action.  The government's Complaint was filed July 11, 2011. The Court ordered a Warrant for Arrest of Property *In Rem* on July 22, 2011, and the Warrant for Arrest of Property *In Rem* was issued to the IRS on July 25, 2011.   The property remains in the custody of the IRS subject to the Warrant.

2.      On July 25, 2011, the government served each Movant with a Notice of Arrest and Procedure pursuant to Supplemental Rule G(4)(b) (the "Notice").  The Notice requires each Movant to file claims asserting their interest in the subject property under Supplemental Rule G(5) by August 29, 2011 (the "Claim Date"), and to respond to the Complaint within 21 days thereafter.  On August 23, 2011, Movants filed an Unopposed Motion for Extension of Time to File Property Claims and to Respond to Verified Complaint (the "First Motion"), requesting that the Claim Date be reset to February 29, 2012.  On August 26, 2011, the Court entered an Order granting the First Motion.

3.      Movants are requesting that the Claim Date and the date for responding to the Complaint be extended another six months, so the Claim Date is reset to August 29, 2012, and responses to the Complaint are due 21 days after a claim is filed.

4.      Supplemental Rule G(5)(a)(ii) provides that the Court "for good cause" may set a different time for filing a claim. The Movants have good cause supporting the extensions requested. The IRS has notified each Movant that criminal investigations have been opened, and that the subject of such investigations involves the seized property, activities surrounding the bank deposits of the seized property, and potential reporting obligations related to the seized property.

5.      Movant Jeremy Shull and the United States Attorney's Office have a matter concerning production of records pending before the United States District Court. This issue is unresolved at this time and has resulted in an unforeseen delay in resolving the criminal investigation. Due to the fact that the criminal investigation has been delayed pending a ruling on issues surrounding the production of records, Movant Jeremy Shull continues to have concerns about whether a claim to the property is warranted under the circumstances and his appropriate response to the Complaint. The United States Attorney's Office and undersigned counsel for Jeremy Shull recently contacted the court regarding the need for a decision in the matter concerning the production of records and were informed that the court was working on a decision.

6.      The Parties are in agreement that the additional time requested, if granted by the Court, will address these legitimate concerns of the Movants.

7.      Because of this delay in the criminal investigation, the overall situation has not changed since the First Motion was filed. The requested extensions will place the Movants in same position as the First Motion. The requested extensions are not

interposed for delay, and this Unopposed Motion is being filed before the current Claim Date and the due date for responding to the Complaint. No Party will be prejudiced by the Court granting this Motion.

8. If granted, this extension of time would apply only to Dianna, James, Jeremy and Heather Shull and to no other potential claimants.

9. For these reasons, Movants respectfully request that the Court grant this Motion. A proposed order is being filed herewith.

Dated this 24th day of February, 2012.

Respectfully submitted,

/s/ Gary Lozow
Gary Lozow
Foster Graham Milstein & Calisher, LLP
621 17th Street
19th Floor
Denver, CO 80293
Phone: (303) 333-9810
Fax: (303) 333-9786
E-mail: glozow@fostergraham.com
Attorney for Dianna and James Shull


/s/ Theodore Z. Gelt
Theodore Z. Gelt
Baker & Hostetler, LLP
303 E. 17th Ave, Ste 1100
Denver, CO 80203
Phone: (303) 861-0600
Fax: (303) 861-7805
Email: tgelt@bakerlaw.com
Attorney for Jeremy Shull

601063838

4

*/s/ Steven R. Anderson*
Steven R. Anderson
Anderson Jahde, P.C.
2100 W Littleton Blvd
Suite 300
Littleton, CO  80120
Phone:  (303) 782-0003
Fax:  (303) 782-0055
E-mail: steven@andersonjahde.com
Attorney for Heather Shull

601063838

5

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 24th day of February, 2012, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPERTY CLAIMS AND TO RESPOND TO VERIFIED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha A. Paluch        martha.paluch@usdoj.gov

                                              */s/ Theodore Z. Gelt*