IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 1:11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333 and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPERTY CLAIMS AND TO RESPOND TO VERIFIED COMPLAINT**

---

      After considering the Movants' Unopposed Motion to Extend to File a Claim and to File Answers to the Verified Complaint, the Court GRANTS the request to extend time and hereby ORDERS that the Movants, James and Dianna Shull, Jeremy Shull and Heather Shull must file claims pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(5) on or before August 29, 2012 and to file an Answer to the Complaint within 21 days of filing such claim.  This Order does not extend the time to file a claim for any other party seeking to file a claim to the seized property.

      Dated:  _____

                                                  BY THE COURT:

                                                  _____
                                                  Wiley Y. Daniel
                                                  Chief United States District Judge