IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

           Plaintiff,

v.

$23,559.67 SEZIED FROM TCF BANK ACCOUNT #2857232333, and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT #9867610233,

           Defendants.
_____

### UNOPPOSED MOTION FOR ORDER TO ADMINISTRATIVELY CLOSE CASE
_____

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of potential claimants, Dianna Shull and James Shull, through counsel Gary Lozow; Jeremy Shull, through counsel Theodore Z. Gelt; and Heather Shull, through counsel Steven R. Anderson, (collectively the Shulls), and moves this Court to administratively close the case and in support submits the following:

1.       On July 11, 2011, the United States filed a Verified Complaint for forfeiture In  Rem pursuant to 31 U.S.C. § 5317(c)(2) for forfeiture of defendant property.  (Doc 4).

2.       On February 24, 2012, the Shulls filed an Unopposed Motion For Extension of Time to File Property Claims and to Respond to Verified Complaint.  (Doc. 13).

1

3.      On February 27, 2012, by Minute Order, the motion was granted, ordering

the Shulls to file their claims on or before August 29, 2012 and their answers 21 days

after filing their claims.  (Doc 15).

4.      The Shulls are currently the subject of a criminal investigation.   The

parties agree that in light of this ongoing investigation, the most judicious way to

proceed with the instant civil forfeiture case is for the parties to request that the Court

administratively close the case pursuant to D.C.COLO.LCivR.  41.2. This rule provides

that "[A] district judge or a magistrate judge exercising consent jurisdiction may direct

the clerk to close a civil action administratively subject to reopening for good cause."

WHEREFORE, the parties move that the captioned civil forfeiture action be

administratively closed, subject to reopening for good cause.

DATED this 21st day of August, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:   s/ Martha A. Paluch
Martha A. Paluch
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 82002
Telephone: 303-454-0100
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participant:

Theodore Z. Gelt, Esq.
tgelt@bakerlaw.com
*Attorney for Jeremy Shull*

Gary Lozow, Esq.
glozow@fostergraham.com
*Attorney for Dianna and James Shull*

Theodore Z. Gelt, Esq.
tgelt@bakerlaw.com
*Attorney for Jeremy Shull*

Steven R. Anderson, Esq.
steven@andersonjahde.com
*Attorney for Heather Shull*

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney