IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$23,559.67 SEZIED FROM TCF BANK ACCOUNT #2857232333, and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT #9867610233,

       Defendants.
_____

### ORDER TO ADMINISTRATIVLEY CLOSE CASE
_____

       THIS MATTER is before the Court on the Unopposed Motion to Administratively Close Case.  After consideration of said motion, the Court hereby

       ORDERS that this case shall be CLOSED ADMINISTRATIVELY, subject to reopening by either party for good cause shown.

       SO ORDERED this _____ day of _____, 2012.

                                            BY THE COURT:

                                           _____
                                           WILEY Y. DANIEL
                                           U.S. District Court Chief Judge