IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333, and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

    Defendants.

---

### ORDER TO ADMINISTRATIVELY CLOSE CASE

---

THIS MATTER is before the Court on the Unopposed Motion to Administratively Close Case (ECF No. 16).   After consideration of said motion, the Court hereby

ORDERS that the motion should be **GRANTED** and this case shall be ADMINISTRATIVELY CLOSED, subject to reopening by either party for good cause shown.

    Dated:   August 22, 2012.

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     WILEY Y. DANIEL,
                                     CHIEF UNITED STATES DISTRICT JUDGE