IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACOUNT # 2857232333, and
$213,740.84 SEIZED FROM TCT BANK ACCOUNT # 9867610233,

    Defendants.

## UNOPPOSED MOTION TO DISMISS
## THE UNITED STATES' VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the United States of America, by and through Assistant United States Attorney Tonya S. Andrews, with the concurrence of Dianna Shull and James Shull, through counsel Gary Lozow; Jeremy Shull, through counsel Theodore Z. Gelt; and Heather Shull, through counsel Steven R. Anderson, (collectively the Shulls), moves to dismiss the United States' Verified Complaint for Forfeiture *In Rem*.  As grounds therefore, the United States states as follows:

    1.    The United States filed this civil forfeiture action seeking forfeiture of the defendant property seized from accounts held in the name of Dianna and James Shull. (Doc. 1).

    2.    On August 21, 2012, this Court entered an Order of Administrative Closure of this civil forfeiture proceeding due to a related pending federal criminal matter, to be reopened for good cause shown.   (Doc. 16).

1

3. Dianna Shull, James Shull, Jeremy Shull, and Heather Shull (collectively "the Shulls") are the only interested parties to this action.

4. The United States and the Shulls, through their attorneys, have entered into a Consent Agreement in this matter.

5. Pursuant to the terms of the Consent Agreement, the United States agrees to dismiss this civil forfeiture action and return the defendant funds to Jeremy Shull, by and through his counsel.

6. In compliance with D.C.Colo.LCivR 7.1, the undersigned Assistant United States Attorney has contacted all counsel of records and they all concur in the filing of this motion.

WHEREFORE, the United States having shown good cause requests an order dismissing the United States' Verified Complaint for Forfeiture *In Rem* with prejudice.

DATED this 6th day of November, 2013.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

        By: s/ *Tonya S. Andrews*
                Tonya S. Andrews
                Assistant United States Attorney
                1225 Seventeenth Street, Ste. 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                E-mail: tonya.andrews@usdoj.gov
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participants:

Steven R. Anderson
*Counsel for Heather Shull*

Theodore Z. Gelt, Esq.
*Counsel for Jeremy Shull*

Gary Lozow, Esq.
*Counsel for Dianna & James Shull*

s/ *Raisa Vilwnsky*
FSA Data Analyst
Office of the U.S. Attorney
