IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACOUNT # 2857232333, and
$213,740.84 SEIZED FROM TCT BANK ACCOUNT # 9867610233,

    Defendants.

_____

**ORDER DISMISSING THE UNITED STATES'**
**VERIFIED FORFEITURE COMPLAINT *IN REM***
_____

    THIS MATTER comes before the Court on the United States' Unopposed Motion to Dismiss the United States' Verified Complaint for Forfeiture *In Rem*. The Court having reviewed said Motion FINDS:

    THAT the United States has shown that good cause exists to dismiss the United States' Verified Complaint for Forfeiture *In Rem*.

    THEREFORE, it is hereby ordered that the United States' Verified Complaint for Forfeiture *In Rem* is DISMISSED with prejudice.

    IT IS FUTHER ORDERED that the Internal Revenue Service shall remit the defendant funds in accordance with the parties' Consent Agreement.

    SO ORDERED this _____ day of _____, 2013.

                                                    BY THE COURT:

                                                    _____
                                                    WILEY Y. DANIEL
                                                    United States District Court Judge