IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01801-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$23,559.67 SEIZED FROM TCF BANK ACCOUNT # 2857232333, and
$231,740.84 SEIZED FROM TCF BANK ACCOUNT # 9867610233,

    Defendants.

---

### ORDER DISMISSING THE UNITED STATES' VERIFIED FORFEITURE COMPLAINT IN REM

---

THIS MATTER comes before the Court on the United States' Unopposed Motion to Dismiss the United States' Verified Complaint for Forfeiture In Rem filed November 6, 2013. The case was administratively closed by Order of August 21, 2013, and the United States now seeks to dismiss the Verified Complaint for Forfeiture *In Rem*. I find that the United States has shown good cause for the relief sought in its motion. Accordingly, it is hereby

ORDERED that the United States' Unopposed Motion to Dismiss the United States' Verified Complaint for Forfeiture In Rem (ECF No. 18) is **GRANTED**, and the United States' Verified Complaint for Forfeiture In Rem is **DISMISSED WITH PREJUDICE**. It is further

ORDERED that the Internal Revenue Service shall remit the defendant funds in accordance with the parties' Consent Agreement.

Dated: November 6, 2013.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE